IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
and
NAVAJO NATION,
            Plaintiffs,

v.

STATE OF NEW MEXICO, *ex rel.*
STATE ENGINEER *et al.*,
            Defendants.

No.  1:12-cv-01298-KWR-JHR

ZUNI RIVER BASIN
ADJUDICATION

**Subproceeding 2:**
Navajo Indian Claims

## ORDER OF REFERENCE

**IN ACCORDANCE** with the provisions 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990) this case is referred to **MAGISTRATE JUDGE JERRY H. RITTER** to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case.  The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.  The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1).

    **Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.**

    IT IS SO ORDERED.

                                                KEA W. RIGGS
                                                UNITED STATES DISTRICT JUDGE