IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>And<br>NAVAJO NATION,<br>                  Plaintiffs,<br>v.<br>STATE OF NEW MEXICO, *ex rel.* STATE ENGINEER, *et al.*<br>                  Defendants. | No. 12cv1298 MV/JHR<br>ZUNI RIVER BASIN<br>ADJUDICATION<br><br>Subproceeding 2<br>Navajo Indian Claims |

**JOINT STATUS REPORT**

The State of New Mexico *ex rel.* State Engineer ("State"), the United States of America ("United States"), the Zuni Indian Tribe ("Zuni"), and the Navajo Nation ("Navajo") (collectively, the "Parties"), through undersigned counsel, jointly submit this Status Report to the Court pursuant to its December 30, 2015 *Order for Periodic Status Reports* [Doc. 375].

**Technical Work in Support of Settlement Negotiations.** The Parties are engaged in a cooperative effort to develop factual information necessary to provide the foundation for a settlement. Since the Parties' December 1, 2022 status report, the Zuni River Basin Modeling Subgroup, consisting of representatives from each of the Parties, has continued to meet and confer regarding the development of a hydrologic model capable of assessing impacts of proposed water uses to provide information to the Parties in settlement discussions.

**Settlement Discussions**. The Navajo Nation is continuing its work on developing a Draft Settlement Proposal and will continue to meet with Counsel for the Zuni Tribe and the State of New Mexico. The Parties jointly agree that further work by the Technical Committee and the Settlement Teams is needed and that further time is necessary to determine whether a negotiated resolution of Subproceeding 2 is feasible. The Parties respectfully request the Court to hold all

litigation deadlines in Subproceeding 2 in abeyance so that the Parties may continue their settlement negotiations and related efforts.

Respectfully submitted:

*/s/ G. Michelle Brown-Yazzie*
G. Michelle Brown-Yazzie
Navajo Nation Department of Justice
PO Box 2010
Window Rock, AZ  86515
Phone: (928) 871-7510
Attorney for the Navajo Nation

APPROVED:  06/01/2023
Jane Marx, Attorney at Law, P.C.
2825 Candelaria Rd. NW
Albuquerque, NM  87107
Phone: (505) 344-1176
Attorney for Zuni Indian Tribe

APPROVED:  Unavailable
Edward C. Bagley
Special Assistant Attorney General
Office of the State Engineer
PO Box 25102
Santa Fe, NM  87504-5102
Phone: (505) 827-3866
Attorney for the State of New Mexico

APPROVED:  06/01/2023
Bradley S. Bridgewater
Andrew Guss Guarino
U.S. Department of Justice
Suite 370, South Terrace
999 18th Street
Denver, CO  80202
Phone: (303) 844-1359
Attorneys for the United States

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 16, 2023, I filed the foregoing *Joint Status Report* electronically through the CM/ECF system, which caused CM/ECF Participants to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

AND I FURTHER CERTIFY that a copy of the foregoing was mailed to the persons listed on the Manual Notice List for this matter who are not CM/ECF Participants.

*/s/ G. Michelle Brown-Yazzie*
G. Michelle Brown-Yazzie